**Official Form 1 (1/08)**

| **United States Bankruptcy Court**<br>**WESTERN** DISTRICT OF *MISSOURI* | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br><br>*Baker, Michael W.* | Name of Joint Debtor (Spouse)(Last, First, Middle):<br><br>*Baker, Lela A.* |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*dba Jake's Smoke House Bar & Grill, dba Murphy's Bar & Grill* | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>*fka Lela A. Pattison, fka Lela A. Donnelly, dba Jake's Smoke House Bar and Grill, dba Murphy's Bar and Grill* |
| Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *7042* | Last four digits of Soc. Sec. or Indvidual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): *8443* |

| Street Address of Debtor (No. & Street, City, and State):<br>*2618 Charlotte St.*<br>*Kansas City MO* | ZIPCODE<br>*64108* | Street Address of Joint Debtor (No. & Street, City, and State):<br>*2618 Charlotte St.*<br>*Kansas City MO* | ZIPCODE<br>*64108* |
|---|---|---|---|
| County of Residence or of the Principal Place of Business: *Jackson* | | County of Residence or of the Principal Place of Business: *Jackson* | |
| Mailing Address of Debtor (if different from street address):<br>*SAME* | ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>*SAME* | ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): *NOT APPLICABLE* | | | ZIPCODE |

| **Type of Debtor** (Form of organization)<br><br>(Check **one** box.)<br><br>☒ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (if debtor is not one of the above entities, check this box and state type of entity below) | **Nature of Business**<br>(Check **one** box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other<br><br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)<br><br>☐ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☒ Chapter 13<br><br>**Nature of Debts** (Check one box)<br>☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"    ☐ Debts are primarily business debts. |
|---|---|---|

**Chapter 11 Debtors:**

**Check one box:**
☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.
-- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- -- --
**Check all applicable boxes:**
☐ A plan is being filed with this petition
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)
☒ Full Filing Fee attached
☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Official Form 1 (1/08)                                                                                           FORM B1, Page   2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | *Michael W. Baker and*<br>*Lela A. Baker* |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** | (If more than two, attach additional sheet) | |
|---|---|---|
| Location Where Filed:<br>*Western District of Missouri* | Case Number:<br>*09-45835* | Date Filed:<br>*11/30/09* |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** | (If more than one, attach additional sheet) | |
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports<br>(e.g., forms 10K and 10Q) with the Securities and Exchange<br>Commission pursuant to Section 13 or 15(d) of the Securities<br>Exchange Act of 1934 and is requesting relief under Chapter 11) | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b). |
|---|---|
| ☐ Exhibit A is attached and made a part of this petition | **X**  */s/ Jennifer E. Packard*                        *3/15/2010*<br>    Signature of Attorney for Debtor(s)                                    Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☒ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

                                                (Name of landlord that obtained judgment)

                                                (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                                    FORM B1, Page    3

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | *Michael W. Baker and* |
| | *Lela A. Baker* |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** */s/ Michael W. Baker*
Signature of Debtor

**X** */s/ Lela A. Baker*
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

*3/15/2010*
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

3/15/2010
(Date)

### Signature of Attorney*

**X** */s/ Jennifer E. Packard*
Signature of Attorney for Debtor(s)

*Jennifer E. Packard 62054*
Printed Name of Attorney for Debtor(s)

*Wagoner Maxcy Westbrook, PC*
Firm Name

*3100 Broadway, Suite 1420*
Address

*Kansas City MO   64111*

*816-756-1144*
Telephone Number

*3/15/2010*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*3/15/2010*
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re *Michael W. Baker*
   *and*
   *Lela A. Baker*

               **Debtor(s)**

Case No.
Chapter  *13*

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒     1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐     2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐     3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

    **If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement]*
*[Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: */s/ Michael W. Baker*

Date: *3/15/2010*

B 1D (Official Form 1, Exhibit D) (12/09)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re *Michael W. Baker*
    *and*
    *Lela A. Baker*

Case No.
Chapter  *13*

_____
**Debtor(s)**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**WARNING: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☒    1. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me.  *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐    2. Within the 180 days  **before the filing of my bankruptcy case,**  I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not I have a certificate from the agency describing the services provided to me.   *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐    3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now.
*[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit briefing.**

B 1D (Official Form 1, Exhibit D) (12/09)

☐    4.  I am not required to receive a credit counseling briefing because of:   *[Check the applicable statement]*

*[Must be accompanied by a motion for determination by the court.]*

☐    Incapacity. (Defined in 11 U.S.C. § 109 (h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐    Disability. (Defined in 11 U.S.C. § 109 (h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐    Active military duty in a military combat zone.

☐    5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    */s/ Lela A. Baker*

Date:    *3/15/2010*

**FORM B6A (Official Form 6A) (12/07)**

In re *Michael W. Baker and Lela A. Baker* _____ ,        Case No. _____
                        Debtor(s)                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| House....224 E. 75 St., Kansas City, MO 64114 | Fee Simple | J | $ 117,000.00 | $ 117,000.00 |

No continuation sheets attached

**TOTAL $**   *117,000.00*
**(Report also on Summary of Schedules.)**

B6B (Official Form 6B) (12/07)

In re **Michael W. Baker and Lela A. Baker** ,                           Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | None | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand. | | *Cash on hand* *Location: In debtor's possession* | J | $ 50.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Checking Account* *Location: Union Bank & Trust* | J | $ 125.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | *1 bed, 2 dressers, 4 televisions, 1 couch, 2 chairs, 2 coffee tables, dining room table & chairs, 5 end tables, armoir, dining room hutch, 2 DVD players, kitchen appliances & utensils, computer, 5 sets of shelfs, household tools* *Location: In debtor's possession* | J | $ 2,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | *Household books, cook books, etc.* *Location: In debtor's possession* | J | $ 50.00 |
| 6.  Wearing apparel. | | *Regular wearing apparel, regular clothes, shoes, jackets, etc.* *Location: In debtor's possession* | J | $ 700.00 |
| 7.  Furs and jewelry. | | *Necklaces, ear rings, watches, bracelets* *Location: In debtor's possession* | J | $ 700.00 |

Page __1__ of __4__

**B6B (Official Form 6B) (12/07)**

In re _Michael W. Baker and Lela A. Baker_ ,                           Case No. _____
                    Debtor(s)                                                              (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | _Wedding ring_ _Location: In debtor's possession_ | J | _$ 2,000.00_ |
| 8. Firearms and sports, photographic, and other hobby equipment. | | _.22 caliber rifle, .22 caliber pistol_ _Location: In debtor's possession_ | J | _$ 100.00_ |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Page __2__ of __4__

B6B (Official Form 6B) (12/07)

In re *Michael W. Baker and Lela A. Baker* , Case No. _____
Debtor(s) (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| **24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes.** | X | | | |
| **25. Automobiles, trucks, trailers and other vehicles and accessories.** | | *1987 Chevy S10*<br>*Location: In debtor's possession* | J | *$ 500.00* |
| | | *1996 1 ton step van with equipment for catering.  Used as a catering van.*<br>*Location: In debtor's possession* | J | *$ 10,000.00* |
| **26. Boats, motors, and accessories.** | | *1995 Kawasaki jet ski*<br>*Location: In debtor's possession* | J | *$ 300.00* |
| **27. Aircraft and accessories.** | X | | | |
| **28. Office equipment, furnishings, and supplies.** | X | | | |
| **29. Machinery, fixtures, equipment and supplies used in business.** | | *5 ft food warmer, small microwave, 4 comp sinks, 1 fresh water holding tank, 1 grey water holding tank, 1 roof top AC, 1 hot water heater, 2 60 # propane tanks, 1 honda generator 1 20 gal fuel tank, 4 Viso 42' flat screen televisions*<br>*Location: In debtor's possession* | J | *$ 2,500.00* |
| | | *15 4x5 tables, 6 2x2 tables, 32 wood chairs, 20 bar lights, 5' beer cooler, 2 small freezers, 1 small refridgerator, 4 compartment bar sink, Bar cash register, 2 food registers w/ printers, 2 microwaves 1000 watts, 2 deep fryers, 1 30' flat top, 5' steam table, 24" cook top, 2 stand up freezers, 5" ref. prep table, 5 prep tables 4/6' 1/5', 50 gal hot water heater, 1 7x7 walk in cooler, 1 potato cutter, 1 dish machine with sink & clean table, 1 three comp. kitchen sink, 1 small counter top* | J | *$ 8,000.00* |

Page   3   of   4

**B6B (Official Form 6B) (12/07)**

In re **Michael W. Baker and Lela A. Baker** , Case No. _____
                                    Debtor(s)                                                    (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | *smoker, 1 30x30 5' tall smoker, Misc pot, pan, dishes, utensils silverware, glass ware, etc., 2 TVs and stands, 1 cook shack 5' electric smoker*<br>*Location: In debtor's possession* | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Page __4__ of __4__

Total ➡ **$ 27,025.00**

**(Report total also on Summary of Schedules.)**
**Include amounts from any continuation sheets attached.**

**B6C (Official Form 6C) (12/07)**

In re **Michael W. Baker and Lela A. Baker** ,          Case No. _____
                    Debtor(s)                                                          (if known)

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $136,875.

(Check one box)

☐ 11 U.S.C. § 522(b) (2)
☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| House....224 E. 75 St., Kansas City, MO 64114 | R. S. Mo. 513.475 | $ 15,000.00 | $ 117,000.00 |
| Cash on hand | R. S. Mo. 513.430(3) | $ 50.00 | $ 50.00 |
| Checking Account | 10 U.S.C. § 1035(d) | $ 125.00 | $ 125.00 |
| Household Goods & Furnishing | R. S. Mo. 513.430(1) | $ 2,000.00 | $ 2,000.00 |
| Household books, cook books, etc. | R. S. Mo. 513.430(1) | $ 50.00 | $ 50.00 |
| Wearing apparel | R. S. Mo. 513.430(1) | $ 700.00 | $ 700.00 |
| Jewelry | R. S. Mo. 513.430(2) | $ 2,000.00 | $ 2,000.00 |
| Jewelry | R. S. Mo. 513.430(2) | $ 700.00 | $ 700.00 |
| .22 caliber rifle, .22 caliber pistol | R. S. Mo. 513.430(3) | $ 100.00 | $ 100.00 |
| 1987 Chevy S10 | R. S. Mo. 513.430(5) | $ 500.00 | $ 500.00 |

Page No. _1_ of _1_

B6D (Official Form 6D) (12/07)

In re *Michael W. Baker and Lela A. Baker*                    ,          Case No. _____
                              **Debtor(s)**                                                **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 1*<br>*Allied Interstate*<br>*3000 Corporate Exchange Drive*<br>*Columbus OH 43231* | J | *Consensual lien*<br>*1995 Kawasaki jet ski*<br><br>Value: *$ 300.00* | | | | *$ 3,624.35* | *$ 3,324.35* |
| Account No: *0000*<br>*Creditor # : 2*<br>*Division of Employment Securit*<br>*PO Box 59*<br>*Jefferson City MO   65104-0059* | J | *2009*<br><br>Value: *$ 0.00* | | | | *$ 1,259.30* | *$ 1,259.30* |
| Account No: *0169*<br>*Creditor # : 3*<br>*North American Savings Bank*<br>*PO Box 219530*<br>*Kansas City MO 64120* | J | *2004*<br>*Deed of Trust*<br>*House....224 E. 75 St., Kansas City, MO 64114*<br><br>Value: *$ 117,000.00* | | | | *$ 117,159.87* | *$ 159.87* |

1    continuation sheets attached

| | |
|---|---|
| **Subtotal $**<br>(Total of this page) | *$ 122,043.52* | *$ 4,743.52* |
| **Total $**<br>(Use only on last page) | | |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

**B6D (Official Form 6D) (12/07)   - Cont.**

In re *Michael W. Baker and Lela A. Baker*                              ,          Case No. _____
                          **Debtor(s)**                                                                    **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *0169*  *Representing:* *North American Savings Bank* | | *Shapiro & Mock, LLP* *6310 Lamar, Suite 240* *Overland Park KS 66202*  Value: | | | | | |
| Account No:  *Creditor # : 4* *Ruth Baker* *6425 Bluejacket* *Shawnee KS 66203* | J | *2005* *Consensual lien* *1996 1 ton step van, Business, Restaraunt Equipment*  Value: *$ 12,500.00* | | | | *$ 20,000.00* | *$ 7,500.00* |
| Account No:  *Creditor # : 5* *Ruth Baker* *6425 Bluejacket* *Shawnee KS 66203* | J | *2000* *Consensual lien* *Restaraunt Equipment*  Value: *$ 8,000.00* | | | | *$ 90,000.00* | *$ 82,000.00* |
| Account No:  | | Value: | | | | | |
| Account No:  | | Value: | | | | | |
| Account No:  | | Value: | | | | | |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | Amount | Unsecured |
|---|---|---|
| **Subtotal $** (Total of this page) | *$ 110,000.00* | *$ 89,500.00* |
| **Total $** (Use only on last page) | *$ 232,043.52* | *$ 94,243.52* |

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

**B6E (Official Form 6E) (12/07)**

In re  _Michael W. Baker and Lela A. Baker_ _____,        Case No. _____
                                    **Debtor(s)**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**        (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\*Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ **continuation sheets attached**

Official Form 6E (12/07) - Cont.

**In re** Michael W. Baker and Lela A. Baker _____ ,     Case No. _____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet:  *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim  H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 1 City of Kansas CIty P.O. Box 219268 Kansas City MO 64121-9268 | J | Taxes | | | | $ 5,000.00 | $ 5,000.00 | $ 0.00 |
| Account No: Creditor # : 2 City of Kansas CIty PO Box 219268 Kansas City MO 64121-9268 | J | 2009 withholdings/cnt tax | | | | $ 2,000.00 | $ 2,000.00 | $ 0.00 |
| Account No: Creditor # : 3 Internal Revenue Service Collection Div Stop 530 PO Box 66778 Saint Louis MO 63166 | J | 2009 withholdings tax 1999-2009 | | | | $ 10,000.00 | $ 10,000.00 | $ 0.00 |
| Account No: Creditor # : 4 Jackson County Collector PO Box 219747 Kansas City MO 64121-9747 | J | 2007 Personal property taxes | | | | $ 910.59 | $ 910.59 | $ 0.00 |
| Account No: Creditor # : 5 Missouri Department of Revenue PO Box 475 Jefferson City MO 65130-0475 | J | 2009 Sales Tax | | | | $ 3,000.00 | $ 3,000.00 | $ 0.00 |
| Account No: | | | | | | | | |

Sheet No. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | 20,910.59 | 20,910.59 | 0.00 |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | 20,910.59 | | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | 20,910.59 | 0.00 |

B6F (Official Form 6F) (12/07)

In re _Michael W. Baker and Lela A. Baker_                              ,      Case No. _____
                                    **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No:    **7437**<br>**Creditor # : 1**<br>**Alliance Radiology, PA**<br>**PO Box 809012**<br>**Kansas City MO 64180-9012** | J | **Medical Bill** | | | | **$ 428.00** |
| Account No:    **7245**<br>**Creditor # : 2**<br>**Alliance Radiology, PA**<br>**PO Box 809012**<br>**Kansas City MO 64180-9012** | J | **Medical Bill** | | | | **$ 661.00** |
| Account No:    **5554**<br>**Creditor # : 3**<br>**Alliance Radiology, PA**<br>**PO Box 809012**<br>**Kansas City MO 64180-9012** | J | **Medical Bill** | | | | **$ 329.00** |
| Account No:    **8800**<br>**Creditor # : 4**<br>**Alliance Radiology, PA**<br>**PO Box 809012**<br>**Kansas City MO 64180-9012** | J | **Medical Bill** | | | | **$ 117.00** |

_16_ continuation sheets attached

**Subtotal $**    **$ 1,535.00**

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Michael W. Baker and Lela A. Baker_____ ,       Case No._____
                              **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    *7171*<br><br>*Creditor # : 5*<br>*Alliance Radiology, PA*<br>*PO Box 809012*<br>*Kansas City MO 64180-9012* | | J | *Medical Bill* | | | | *$ 404.00* |
| Account No:<br><br>*Creditor # : 6*<br>*American Society of Composers*<br>*2675 Paces Ferry Rd.  SE*<br>*#350*<br>*Atlanta GA 30339* | | J | *Fees to use jukebox* | | | | *$ 332.00* |
| Account No:    *2043*<br><br>*Creditor # : 7*<br>*Anderson Physical Medicine*<br>*11081 Antioch*<br>*Overland Park KS 66210* | | J | *2009*<br>*Medical Bill* | | | | *$ 583.61* |
| Account No:    *2043*<br><br>*Creditor # : 8*<br>*Anderson Physical Medicine*<br>*11081 Antioch*<br>*Overland Park KS 66210* | | J | *208*<br>*Medical Bill* | | | | *$ 997.61* |
| Account No:    *3014*<br><br>*Creditor # : 9*<br>*Asset Acceptance Corporation*<br>*PO Box 2036*<br>*Warren MI 48090* | | J | *2009*<br>*Collection account* | | | | *$ 14,611.25* |
| Account No:    *3014*<br><br>*Representing:*<br>*Asset Acceptance Corporation* | | | *Underwood Law Firm*<br>*515 Olive St., Suite 800*<br>*Saint Louis MO 63101* | | | | |

Sheet No.    _1_   of   _16_   continuation sheets attached to Schedule of      **Subtotal $**      *$ 16,928.47*

Creditors Holding Unsecured Nonpriority Claims                                  **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *Michael W. Baker and Lela A. Baker* ,                Case No. _____
                    **Debtor(s)**                                                  **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 10<br>AT&T Advertising, L.P.<br>c/o Robert A. Kumin P.C.<br>5800 Foxridge Dr, Suite 306<br>Mission KS 66202 | | J | 2009<br>Advertising expenses<br>Case No 0916-CV13151 | | | X | $ 2,700.00 |
| Account No:<br>Creditor # : 11<br>Bank of America<br>4060 Ogletown Stanton Rd.<br>Newark DE 19713 | | J | 1996<br>Credit Card | | | X | $ 1,112.00 |
| Account No:<br>Creditor # : 12<br>Baptist Lutheran Medical Cente<br>PO Box 930482<br>Kansas City MO 64193 | | J | 2006<br>Medical Bill | | | | $ 4,066.00 |
| Account No:<br>Representing:<br>Baptist Lutheran Medical Cente | | | NCO Financial Systems<br>2550 E. Stone Dr. Suite 250<br>Kingsport TN 37660 | | | | |
| Account No:<br>Creditor # : 13<br>Boyce & Bynum Pathology Labs<br>PO Box 973<br>Columbia MO 65205 | | J | 2008<br>Medical Bill | | | | $ 53.00 |
| Account No:<br>Representing:<br>Boyce & Bynum Pathology Labs | | | Accounts Management Svcs<br>515 N. College Ave. #A<br>Columbia MO 65201 | | | | |

Sheet No.  **2**  of  **16**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**    $ 7,931.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_____ ,     Case No._____
                    **Debtor(s)**                                                 **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>*Creditor # : 14*<br>*Cach LLC Assignee*<br>*c/o Wally Joseph Pankowsi*<br>*705 Olive St, Suite 1100*<br>*Saint Louis MO 63101* | | J | *2007*<br>*Pay day loan*<br>*Case No 0716-CV20028* | | | | *$ 1,800.00* |
| Account No:<br>*Representing:*<br>*Cach LLC Assignee* | | | *Fleet Credit Protector*<br>*PO Box 961*<br>*Horsham PA 19044* | | | | |
| Account No:   *5091*<br>*Creditor # : 15*<br>*Carondelet Orthopaedic Surgeon*<br>*1010 Carondelet Dr, Suite 426*<br>*Kansas City MO 64114-4820* | | J | *2008*<br>*Medical Bill* | | | | *$ 206.00* |
| Account No:   *5091*<br>*Representing:*<br>*Carondelet Orthopaedic Surgeon* | | | *General Account Service, Inc.*<br>*2024 Swift*<br>*PO Box 12400*<br>*Kansas City MO 64116* | | | | |
| Account No:   *6924*<br>*Creditor # : 16*<br>*Credit One Bank*<br>*PO Box 60500*<br>*City of Industry CA 91716* | | J | *2008*<br>*Credit Card* | | | | *$ 574.06* |
| Account No:   *8362*<br>*Creditor # : 17*<br>*Deffenbaugh Industries*<br>*PO Box 3220*<br>*Shawnee KS 66203* | | J | *Trash service* | | | | *$ 184.00* |

Sheet No.    _3_  of    _16_ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**     *$ 2,764.06*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re *Michael W. Baker and Lela A. Baker*                              ,     Case No._____
　　　　　　　　　　**Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *3201* <br> *Creditor # : 18* <br> *Deluxe Business Forms* <br> *PO Box 742572* <br> *Cincinnati OH 45274-2572* | J | | *Check service* | | | | *$ 87.00* |
| Account No: <br> *Creditor # : 19* <br> *Discover Bank* <br> *c/o Kurt Michael Lewis* <br> *4600 Madison, Suite 801* <br> *Kansas City MO 64112* | J | | *2005* <br> *Credit Card* <br> *Case No 0516-CV00478* | | | | *$ 5,227.00* |
| Account No: <br> *Creditor # : 20* <br> *Discover Financial Service* <br> *PO Box 30395* <br> *Salt Lake City UT 84130-0395* | J | | *2008* <br> *Credit Card* | | | | *$ 15,360.00* |
| Account No: *4558* <br> *Creditor # : 21* <br> *EBI - Patient pays* <br> *Lockbox #8506* <br> *PO BOX 8500* <br> *Philadelphia PA 19178-8506* | J | | *Medical Bill* | | | | *$ 77.00* |
| Account No: *0952* <br> *Creditor # : 22* <br> *Ecolab* <br> *PO Box 70343* <br> *Chicago IL 343* | J | | *2008* <br> *Chemical expense* | | | | *$ 541.74* |
| Account No: *6600* <br> *Creditor # : 23* <br> *First Equity Card* <br> *PO Box 23029* <br> *Columbus GA 31902-3007* | J | | *2008* <br> *Credit Card* | | | | *$ 5,492.52* |

Sheet No. **4** of **16** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $     *$ 26,785.26*

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_____ ,     Case No._____
                 **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: _0145_ <br> *Creditor # : 24* <br> *Gastrointestinal AssociTES* <br> *po box 419380* <br> *Kansas City MO 64141-6380* | J | | *Medical Bill* | | | | *$ 1,826.00* |
| Account No: <br> *Creditor # : 25* <br> *General Account Service Inc* <br> *2024 Swift* <br> *Kansas City MO 64116* | J | | *Medical collections* | | | | *$ 206.00* |
| Account No: <br> *Creditor # : 26* <br> *General Parts, Inc* <br> *PO Box 18075* <br> *Saint Paul MN 55118* | J | | *Repair service* | | | | *$ 143.00* |
| Account No: <br> *Representing:* <br> *General Parts, Inc* | | | *Pinnacle Financial Group* <br> *7825 Washington Ave South* <br> *Suite 410* <br> *Minneapolis MN 55439* | | | | |
| Account No: <br> *Creditor # : 27* <br> *Gregory McGee Co LLC* <br> *c/o Mark Russell Nasteff* <br> *1220 Washington 3rd Floor* <br> *Kansas City MO 64105* | J | | *2006* <br> *Broken lease agreement* <br> *Case No 0616CV18362* | | | | *$ 26,875.00* |
| Account No: <br> *Creditor # : 28* <br> *Health Care Associates* <br> *C/O Kansas Counselors* <br> *8725 Rosehill Rd. Suite 415* <br> *Lenexa KS 66215* | J | | *2007* <br> *Medical Bill* | | | | *$ 1,115.00* |

Sheet No. _5_ of _16_ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

                                   **Subtotal $**     *$ 30,165.00*

                                   **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_                                    ,        Case No._____
                        **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br><br>Creditor # : 29 <br>Health Care Associates ER Phys <br>c/o Kansas Counselors <br>8725 Rosehill Rd. Suite 415 <br>Lenexa KS 66215 | | J | 2007 <br>Medical Bill | | | | $ 501.00 |
| Account No:   3663 <br><br>Creditor # : 30 <br>Infinity Value Added <br>PO Box 1120 <br>Barbourville KY 40906 | | J | 2009 <br>Advertising expenses | | | | $ 500.00 |
| Account No:   2462 <br><br>Creditor # : 31 <br>Kansas City Internal Medicine <br>6420 Prospect Ave. <br>Ste T101 <br>Kansas City MO 64132 | | J | Medical Bill | | | | $ 3,722.00 |
| Account No:   2462 <br><br>Creditor # : 32 <br>Kansas City Internal Medicine <br>6420 Prospect Ave <br>Ste T101 <br>Kansas City MO 64132 | | J | Medical Bill | | | | $ 50.00 |
| Account No: <br><br>Creditor # : 33 <br>Kansas City Star <br>1726 Grand <br>Kansas City MO 64108 | | J | Advertising | | | | $ 616.00 |
| Account No: <br><br>Representing: <br>Kansas City Star | | | Rauch-Milliken - International <br>P.O. Box 8390 <br>Metairie LA 70011-8390 | | | | |

Sheet No.   **6**   of   **16**  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  |  |
|---|---|
| **Subtotal $** | **$ 5,389.00** |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_ ,     Case No._____
                        **Debtor(s)**                                           **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *1417*<br>*Creditor # : 34*<br>*KCMO Water Service*<br>*PO Box 219268*<br>*Kansas City MO 64121* | | J | *Utitlities* | | | | *$ 1,988.53* |
| Account No:   *4470*<br>*Creditor # : 35*<br>*KCMO Water Service*<br>*PO Box 219268*<br>*Kansas City MO 64121* | | J | *Utitlities* | | | | *$ 554.00* |
| Account No:   *0477*<br>*Creditor # : 36*<br>*KCP&L*<br>*PO Box 219330*<br>*Kansas City MO 64121* | | J | *2009*<br>*Utility Bills* | | | | *$ 1,374.00* |
| Account No:   *4200*<br>*Creditor # : 37*<br>*KCP&L*<br>*PO Box 219703*<br>*Kansas City MO 64121-9703* | | J | *Utilities* | | | | *$ 161.00* |
| Account No:   *5126*<br>*Creditor # : 38*<br>*KCP&L*<br>*PO Box 219703*<br>*Kansas City MO 64121-9703* | | J | *Utitlities* | | | | *$ 1,698.00* |
| Account No:<br>*Creditor # : 39*<br>*Laboratory Corp of America*<br>*2269 S Saw Mill River Rd*<br>*Bldg 3*<br>*Elmsford NY 10523* | | J | *2008*<br>*Medical Bill* | | | | *$ 71.00* |

Sheet No.   **7**   of   *16*   continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   *$ 5,846.53*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_ ,                    Case No._____
                     **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Representing:* <br> *Laboratory Corp of America* | | | *Oxford Collection Agency* <br> *135 Maxess Rd.* <br> *Melville NY 11747* | | | | |
| Account No: *8610* <br> *Creditor # : 40* <br> *Law offices of Mitchell N. Kay* <br> *Po box 9006* <br> *Smithtown NY 11787* | | J | *2008* <br> *Collection account* | | | | *$ 138.56* |
| Account No: <br> *Creditor # : 41* <br> *LVNV Funding LLC* <br> *PO Box 10584* <br> *Greenville SC 29603* | | J | *2009* <br> *Credit Card* | | | | *$ 3,712.00* |
| Account No: *0734* <br> *Creditor # : 42* <br> *Metropolitan Ambulance Service* <br> *PO Box 873227* <br> *Kansas City MO 64187* | | J | *Ambulance service* | | | | *$ 620.00* |
| Account No: <br> *Creditor # : 43* <br> *Midland Credit Management* <br> *PO Box 939019* <br> *San Diego CA 92193-9019* | | J | *Phone* | | | | *$ 69.28* |
| Account No: <br> *Representing:* <br> *Midland Credit Management* | | | *Law Offices of Mitchell N. Kay* <br> *PO BOX 9006* <br> *Smithtown NY 11787-9006* | | | | |

Sheet No. _8_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**                     *$ 4,539.84*

**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_____ ,     Case No._____
                      **Debtor(s)**                                                         **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: *4360* <br> *Creditor # : 44* <br> *Midwest Radiology* <br> *PO Box 802813* <br> *Kansas City MO 64180* | | J | *2008* <br> *Medical Bill* | | | | *$ 412.00* |
| Account No: *4360* <br> *Representing:* <br> *Midwest Radiology* | | | *NCO Financial Systems Inc.* <br> *1930 W. Bennett Suite 100* <br> *Springfield MO 65807* | | | | |
| Account No: <br> *Creditor # : 45* <br> *Midwest Radiology* <br> *PO Box 16900* <br> *Kansas City MO 641133-100* | | J | *2007* <br> *Medical Bill* | | | | *$ 497.00* |
| Account No: <br> *Representing:* <br> *Midwest Radiology* | | | *NCO Financial Systems* <br> *605 W. Edison Rd. Suite K* <br> *Mishawaka IN 46545* | | | | |
| Account No: *0031* <br> *Creditor # : 46* <br> *Missouri Gas & Energy* <br> *P.O. Box 219255* <br> *Kansas City MO 64121-9255* | | J | *Utitlities* | | | | *$ 363.46* |
| Account No: *3600* <br> *Creditor # : 47* <br> *Missouri Gas & Energy* <br> *PO Box 219255* <br> *Kansas City MO 64121-9255* | | J | *Utilites* | | | | *$ 1,008.00* |

Sheet No. _9_ of _16_ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      *$ 2,280.46*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_____ ,      Case No._____
                        **Debtor(s)**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> *Creditor # : 48* <br> *North American Savings Bank* <br> *12520 S. 71 Highway* <br> *Grandview MO 64030* | | J | *Foreclosure deficiency* | | | | *$ 20,000.00* |
| Account No: <br> *Creditor # : 49* <br> *NPG Newspapers* <br> *825 Edmond* <br> *Saint Joseph MO 64501* | | J | *Advertising* | | | | *$ 189.00* |
| Account No:  *9998* <br> *Creditor # : 50* <br> *NSA Juice Plus ARO CC* <br> *c/o Universal Collection Syst* <br> *PO Box 751090* <br> *Memphis TN 38175* | | J | *2008* <br> *Collection account* | | | | *$ 218.17* |
| Account No: <br> *Creditor # : 51* <br> *Professional Services KU* <br> *P.O. Box 411202* <br> *Kansas City MO 64141* | | J | *2005* <br> *Medical Bill* | | | | *$ 266.00* |
| Account No: <br> *Representing:* <br> *Professional Services KU* | | | *Central States Recovery* <br> *1314 N. Main St.* <br> *Hutchinson KS 67501* | | | | |
| Account No:  *0010* <br> *Creditor # : 52* <br> *Regional Imaging* <br> *8000 College Blvd.* <br> *Overland Park KS 66210* | | J | *2009* <br> *Medical Bill* | | | | *$ 900.00* |

Sheet No. _10_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      *$ 21,573.17*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Michael W. Baker and Lela A. Baker_ ,         Case No._____
                          **Debtor(s)**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | |
| Account No: **0010** Representing: Regional Imaging | | Haase and Long 303 West Eleventh St. PO Box 725 Lawrence KS 66044 | | | | |
| Account No: **0010** Creditor # : 53 Regional Imaging 8000 College Blvd. Overland Park KS 66210 | J | Medical Bill | | | | $ 900.00 |
| Account No: **4360** Creditor # : 54 Research Medical Center Payment Processing Center PO Box 740760 Cincinnati OH 45274 | J | 208 Medical Bill | | | | $ 4,038.09 |
| Account No: **4360** Representing: Research Medical Center | | NCO Financial Systems, Inc. 1804 Washington Blvd. Dept 600 Baltimore MD 21230 | | | | |
| Account No: **8155** Creditor # : 55 St. Joseph Emergency PO Box 2747 Mission KS 66201 | J | Medical Bill | | | | $ 508.00 |
| Account No: **8908** Creditor # : 56 St. Joseph Emergency PO Box 2747 Mission KS 66201 | J | Medical Bill | | | | $ 508.00 |

Sheet No. **11** of **16** continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $** | $ 5,954.09
**Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_                          ,          Case No._____
                              **Debtor(s)**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   8908<br><br>Representing:<br>St. Joseph Emergency | | | Kansas Counselors<br>PO Box 17485<br>Lenexa KS 66285 | | | | |
| Account No:   6870<br>Creditor # : 57<br>St. Joseph Emergency<br>PO Box 2747<br>Mission KS 66201 | | J | Medical Bill | | | | $ 508.00 |
| Account No:   9756<br>Creditor # : 58<br>St. Joseph Emergency<br>PO Box 2747<br>Mission KS 66201 | | J | Medical benefits | | | | $ 340.00 |
| Account No:   6643<br>Creditor # : 59<br>St. Joseph Emergency<br>PO Box 2747<br>Mission KS 66201 | | J | Medical Bill | | | | $ 340.00 |
| Account No:   7067<br>Creditor # : 60<br>St. Joseph Emergency<br>PO Box 2747<br>Mission KS 66201 | | J | Medical Bill | | | | $ 508.00 |
| Account No:   9812<br>Creditor # : 61<br>St. Joseph Emergency Physician<br>PO BOX 2747<br>Mission KS 66201 | | J | Medical Bill | | | | $ 508.00 |

Sheet No.   12   of    16   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   $ 2,204.00

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re *Michael W. Baker and Lela A. Baker* ,                        Case No._____
                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 62** **St. Joseph Medical** **1000 Carondelet Drive** **Kansas City MO 64114** | | J | *2005* *Medical Bills* | | | | *$ 838.00* |
| Account No: **Representing:** **St. Joseph Medical** | | | *Kansas Counselors* *8725 Rosehill Rd. Suite 415* *Lenexa KS 66215* | | | | |
| Account No: *4996* **Creditor # : 63** **St. Joseph Medical Center** **1000 Carondelet Dr.** **Kansas City MO 64114** | | J | *2005* *Medical Bill* | | | | *$ 1,252.00* |
| Account No: *8443* **Creditor # : 64** **St. Joseph Medical Center** **1000 Carondelet Dr.** **Kansas City MO 64114** | | J | *Medical Bill* | | | | *$ 4,787.91* |
| Account No: *6701* **Creditor # : 65** **Summit Collection Services Inc** **PO Box 306** **Ho Ho Kus NJ 07423** | | J | *Medical Bill* | | | | *$ 158.00* |
| Account No: **Creditor # : 66** **Sun Publications** **7373 W 107th St** **Overland Park KS 66212** | | J | *Advertising* | | | | *$ 183.00* |

Sheet No. _13_ of _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**           *$ 7,218.91*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)  - Cont.

In re _Michael W. Baker and Lela A. Baker_ ,                    Case No._____
                        **Debtor(s)**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:  *8157* <br> *Creditor # : 67* <br> *Surewest* <br> *P.O. Box 414500* <br> *Kansas City MO 64141* | | J | *cable* | | | | *$ 177.00* |
| Account No:  *3982* <br> *Creditor # : 68* <br> *The Surgical Group of KC* <br> *373 W 101st St Terr* <br> *Suite 210* <br> *Kansas City MO 64114* | | J | *Medical Bill* | | | | *$ 486.00* |
| Account No:  *7802* <br> *Creditor # : 69* <br> *Time Warner Cable* <br> *PO Box 9037* <br> *Addison TX 75001-9037* | | J | *2004* <br> *Internet Service* | | | | *$ 457.00* |
| Account No:  *7802* <br> *Representing:* <br> *Time Warner Cable* | | | *Credit Protection* <br> *PO Box 802068* <br> *Dallas TX 75380--* | | | | |
| Account No: <br> *Creditor # : 70* <br> *Tucker Food Prodcuts* <br> *P.O. Box 16072* <br> *Saint Louis MO 63105-0772* | | J | *Food vendor* | | | | *$ 44.00* |
| Account No:  *3014* <br> *Creditor # : 71* <br> *Underwood Law Firm* <br> *515 Olive St.* <br> *Ste 800* <br> *Saint Louis MO 63101* | | J | *Judgment* | | | | *$ 14,611.25* |

Sheet No.  _14_ of  _16_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal $** | *$ 15,775.25* |
| **Total $** | |

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_____ ,        Case No._____
                    **Debtor(s)**                                              **(if known)**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | |
| Creditor # : 72 United Imaging 5800 Foxridge Drive #240 Mission KS 66202 | | J | 2008 Medical Bill | | | | $ 129.00 |
| Account No: Representing: United Imaging | | | Credit World Svcs 6000 Martway St. Mission KS 66202 | | | | |
| Account No:    3125 Creditor # : 73 University of Kansas Hospital PO Box 2941 Mission KS 66201 | | J | Medical Bill | | | | $ 76,959.00 |
| Account No:    3125 Representing: University of Kansas Hospital | | | Lathrop & Gage 10851 Mastin Blvd Bldg 82, Suite 1000 Overland Park KS 66210 | | | | |
| Account No: Creditor # : 74 University of Kansas Hospital PO Box 2941 Mission KS 66201 | | J | 2009 Medical Bill | | | | $ 5,405.67 |
| Account No: Representing: University of Kansas Hospital | | | Lathrop & Gage LLP 10851 Mastin Blvd., Suite 1000 Overland Park KS 66210 | | | | |

Sheet No.  _15_  of   _16_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $         $ 82,493.67

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07)   - Cont.

In re _Michael W. Baker and Lela A. Baker_                          ,        Case No._____

**Debtor(s)**                                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:   *2980* | | J | | | | | *$ 5,297.00* |
| *Creditor # : 75 University of Kansas Physician PO BOX 410389 Kansas City MO 64141-1851* | | | *Medical Bill* | | | | |
| Account No:   *2458* | | J | | | | | *$ 10,102.00* |
| *Creditor # : 76 University of Kansas Physician PO BOX 410389  410389* | | | *Medical Bill* | | | | |
| Account No:   *2980* | | J | | | | | *$ 1,789.00* |
| *Creditor # : 77 University of Kansas Physician PO BOX 410389 Kansas City MO 64141-1851* | | | *Medical Bill* | | | | |
| Account No:   *3908* | | J | *2009 Dental bills* | | | | *$ 927.00* |
| *Creditor # : 78 Valencia Endodontic 444 W 47th Street, #210 Kansas City MO 64112-1609* | | | | | | | |
| Account No:   *0001* | | J | | | | | *$ 1,195.00* |
| *Creditor # : 79 Verizon Wireless PO Box 25505 Lehigh Valley PA 18002-5084* | | | *Cell Phone Bill* | | | | |
| Account No: | | J | *2007 Medical Bill* | | | | *$ 355.00* |
| *Creditor # : 80 Womens Clinic of JOCO c/o Kansas Counselors 8725 Rosehill Rd, Suite 415 Lenexa KS 66215* | | | | | | | |

Sheet No.   _16_   of   _16_   continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**   *$ 19,665.00*

**Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related   *$ 259,048.71*

**B6G (Official Form 6G) (12/07)**

In re **Michael W. Baker and Lela A. Baker** _____ / Debtor       Case No. _____

                                                                              (if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| *Thomas Lillis*<br>*11212 Madison Ave.*<br>*Kansas City MO  64114* | Contract Type:*Commercial Lease*<br>Terms: *$2,000 each month*<br>Beginning date:*4/1/2004*<br>Debtor's Interest:*Lessee*<br>Description: *Month to month lease*<br><br>Buyout Option:*None* |

Page __1__ of __1__

**B6H (Official Form 6H) (12/07)**

In re _**Michael W. Baker and Lela A. Baker**_ _____ / Debtor          Case No. _____

                                                                                    (if known)

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preeceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
|  |  |

**B6I (Official Form 6I) (12/07)**

In re *Michael W. Baker and Lela A. Baker* ,          Case No. _____

                    **Debtor(s)**                                                    **(if known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | *Sole Prop dba Murphey's Pub* | *Unemployed* |
| Name of Employer | *self* | |
| How Long Employed | *2 years* | |
| Address of Employer | *8314 Wornell* *Kansas City MO  64114* | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ 0.00 | $ 0.00 |
| 2. Estimate monthly overtime | $ 0.00 | $ 0.00 |
| 3. SUBTOTAL | $ 0.00 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ 0.00 | $ 0.00 |
| b. Insurance | $ 0.00 | $ 0.00 |
| c. Union dues | $ 0.00 | $ 0.00 |
| d. Other  (Specify): | $ 0.00 | $ 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ 12,375.00 | $ 0.00 |
| 8. Income from real property | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ 0.00 | $ 0.00 |
| 11. Social security or government assistance (Specify): | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | $ 0.00 | $ 0.00 |
| 13. Other monthly income (Specify): | $ 0.00 | $ 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ 12,375.00 | $ 0.00 |
| 15. AVERAGE MONTHLY INCOME     (Add amounts shown on lines 6 and 14) | $ 12,375.00 | $ 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME:   (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ 12,375.00 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

*The Bakers operating expenses include, salaries & wages, casual labor, payroll taxes, rent, utilities, office supplies, licenses & taxes, , equipment maintenance and rental, cable, fuel & LP Gas, dental plan, and liability insurance.*

*Due to ilness, Mrs. Baker is no longer working.*

Page No. _1_ of _1_

**B6J(Official Form 6J)(12/07)**

**In re** _Michael W. Baker and Lela A. Baker_ ,   **Case No.** _____
                                 **Debtor(s)**                                                   **(if known)**

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,000.00 |
|   a. Are real estate taxes included?   Yes ☐   No ☒ | |
|   b. Is property insurance included?   Yes ☐   No ☒ | |
| 2. Utilities: a. Electricity and heating fuel | $ 400.00 |
|     b. Water and sewer | $ 50.00 |
|     c. Telephone | $ 0.00 |
|     d. Other   _Cable & internet_ | $ 120.00 |
|      Other   _Cell Phones_ | $ 150.00 |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 500.00 |
| 5. Clothing | $ 50.00 |
| 6. Laundry and dry cleaning | $ 30.00 |
| 7. Medical and dental expenses | $ 450.00 |
| 8. Transportation (not including car payments) | $ 320.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 0.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 0.00 |
|     e. Other | $ 0.00 |
|      Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | |
| (Specify)   _Personal property taxes_ | $ 24.89 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 297.00 |
|     b. Other: | $ 0.00 |
|     c. Other: | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 8,363.50 |
| 17. Other: | $ 0.00 |
|      Other: | $ 0.00 |
| | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ 11,955.39 |
|    and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_The Bakers' business has been uncharectaristically slow.  They hope that their business will increase in the future._

_Debtors will be relocating their business.  The new location is unknown at this time.  Debtors estimate that rent will be similar to what they are paying now._

*Mrs. Baker is currently hospitalized. It is uncertain when she will get out of the hospital. Due to the illness, Debtors' out-of-pocket medical expense is higher than average.*

*Mrs. Baker drives a vehicle that is titled in her mother's name. Debtor makes a monthly payment directly to her.*

*Debtors are surrendering their home. The rental expense is the monthly amount they will pay to their new landlord.*

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---|
| a. Average monthly income from Line 16 of Schedule I | $ | *12,375.00* |
| b. Average monthly expenses from Line 18 above | $ | *11,955.39* |
| c. Monthly net income (a. minus b.) | $ | *419.61* |

MOW 1009-1.1 (05/07)

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI

IN RE:                                          )
                                                )        Case No.
                                                )
                                                )
                    Debtor(s)                   )

**VERIFICATION OF SCHEDULES (OR AMENDED SCHEDULES) AND
SUMMARY OF SCHEDULES**

  I/We, _____, named as the debtor(s) in this case,
declare under the penalty of perjury that I/we have read the foregoing Summary and Schedules
or Amended Schedules, consisting of _____ pages, and that they are true and correct to the best
of my/our knowledge, information, and belief.

Date: _____          _____
                                    Signature of Debtor


                                    _____
                                    Signature of Joint Debtor


Instructions:  File with original schedules or amended schedules.
ECF Event: If not filed with the schedules but filed as a separate document–
Bankruptcy>Other>Verification by Debtor

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re *Michael W. Baker and Lela A. Baker*

Case No.
Chapter *13*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's  liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | Yes | 1 | $ 117,000.00 | | |
| B-Personal Property | Yes | 4 | $ 27,025.00 | | |
| C-Property Claimed as Exempt | Yes | 1 | | | |
| D-Creditors Holding Secured Claims | Yes | 2 | | $ 232,043.52 | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 20,910.59 | |
| F-Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | $ 259,048.71 | |
| G-Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H-Codebtors | Yes | 1 | | | |
| I-Current Income of Individual Debtor(s) | Yes | 1 | | | $ 12,375.00 |
| J-Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 11,955.39 |
| TOTAL | | 32 | $ 144,025.00 | $ 512,002.82 | |

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re *Michael W. Baker and Lela A. Baker*                              Case No.

Chapter  *13*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C  § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C.  § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ *0.00* |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ *20,910.59* |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ *0.00* |
| Student Loan Obligations (from Schedule F) | $ *0.00* |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ *0.00* |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ *0.00* |
| **TOTAL** | $ *20,910.59* |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ *12,375.00* |
| Average Expenses (from Schedule J, Line 18) | $ *11,955.39* |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ *15,349.99* |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ *94,243.52* |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ *20,910.59* | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ *0.00* |
| 4. Total from Schedule F | | $ *259,048.71* |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ *353,292.23* |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Michael W. Baker and Lela A. Baker** _____   Case No. _____
                                    Debtor                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___*33*___ sheets, and that they are true and correct to the best of my knowledge, information and belief.


Date: *3/15/2010* _____        Signature  */s/ Michael W. Baker* _____
                                                          **Michael W. Baker**


Date: *3/15/2010* _____        Signature  */s/ Lela A. Baker* _____
                                                          **Lela A. Baker**

[If joint case, both spouses must sign.]


Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re: *Michael W. Baker*
    *dba Jake's Smoke House Bar & Grill*
    *dba Murphy's Bar & Grill*
    *and*
    *Lela A. Baker*
    *fka Lela A. Pattison*
    *fka Lela A. Donnelly*
    *dba Jake's Smoke House Bar and Grill*
    *dba Murphy's Bar and Grill*

Case No.

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not diclose the child's name. See, 11 U.S.C. § 112 and Fed. R. Bankr. P. 1007(m).

Questions 1-18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19-25. If the answer to an applicable question is "None," mark the box labeled "None." If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor my also be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporation debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101.

---

### 1. Income from employment or operation of business

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                       SOURCE

*Year to date: ($-2,863.15)*     *2010; Business loss*
  *Last Year: will provide*     *2009; will provide*
*Year before: $4,456*        *2008*

---

### 2. Income other than from employment or operation of business

None ☒

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and

Form 7 (12/07)

a joint petition is not filed.)

---

**3. Payments to creditors**

None ☐

Complete a. or b., as appropriate, and c.

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor, made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| *Creditor:* <br> *Address:* | | | |

---

None ☒

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filingunder chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☒

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| *AT&T Advertising LP vs. Lela Baker d/b/a Jake's Smokehouse Bar & Grill, Case No 0916-CV13151* | *Petition for deficiency* | *Jackson County, MO* | *Judgment entered for plaintiff* |
| *Gregory McGee, LLC vs. Michael Baker et. al., Case No 08CV09106* | *Delinquent rent* | *Johnson County, KS* | *Judgment entered for Plaintiff* |

---

None ☐

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 2

Form 7 (12/07)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: Gregory McGee LLC*<br>*Address:* | *November 2009* | *Description: Levy on bank account*<br>*Value: approx $1,200.00* |

### 5. Repossessions, foreclosures and returns

None ☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Name: North American Savings Bank*<br>*Address: 12520 S. 71 Hwy., 64030* | *sale date 4/1/2010* | *Description: Real Property - 224 E. 75th St*<br>*Value: $117,000.00* |

### 6. Assignments and receiverships

None ☒

a. Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☒

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 7. Gifts

None ☒

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 8. Losses

None ☒

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

### 9. Payments related to debt counseling or bankruptcy

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| *Payee: Wagoner Maxcy Westbrook, PC* | *Date of Payment: 3/15/2010*<br>*Payor: Michael W. Baker* | *$1500* |

Statement of Affairs - Page 3

Form 7 (12/07)

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

*Address:*
*3100 Broadway, Suite 1420*
*Kansas City, MO 64111*

---

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| *Transferee: Individual in ordinary course* *Address: unknown* *Relationship: no relation* | *10/17/09* | *Property: 1998 Land Rover Discovery* *Value: $2,000* |

---

None ☒

b. List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a benificiary.

---

### 11. Closed financial accounts

None ☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| *Institution: Bank of Prairie Village* *Address:3848 W 75th St Ste B, Prairie Villiage, KS 66205* | *Account Type and No.: checking* *Final Balance: $0* | *1/2010* |
| *Institution:Bank of Prairie Villiage* *Address: 3848 W 75th St Ste B, Prairie Villiage, KS 66205* | *Account Type and No.: business checking* *Final Balance: $0* | *1/2010* |

---

### 12. Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

Statement of Affairs - Page 4

**13. Setoffs**

None ☒ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |
| *Owner: Esther R. Valdivia* *Address: 5716 Oak, KC, MO 64114* | *Description: 2001 VW Cabro Value: $4,950 Value based on NADA value. There is still a debt of approx $3,500 against the vehicle.* | *In debtors' possession* |

**15. Prior address of debtor**

None ☒ If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☒ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

None ☒ For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor,
including, but not limited to disposal sites.

"Hazardous Material" means anything defined as hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law:

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

None ☒ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

Statement of Affairs - Page 5

None ☒    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law, with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

### 18. Nature, location and name of business

None ☐    a. If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencment of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencment of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| *The Bakers operate a restaraunt & bar as a sole proprietorship. The business is called Murphy's Pub & Grill.* | *ID: 202690831* | *8314 Wornall, KC, MO 64114* | *Restaraunt & Bar* | |

None     b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None ☒    a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

None ☒    b. List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☒    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

### 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☒    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

Statement of Affairs - Page 7

**23. Withdrawals from a partnership or distribution by a corporation**

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

**24. Tax Consolidation Group.**

None
☒

If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceeding the commencement of the case.

**25. Pension Funds.**

None
☒

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____3/15/2010_____   Signature _____*/s/ Michael W. Baker*_____
of Debtor

Date _____3/15/2010_____   Signature _____*/s/ Lela A. Baker*_____
of Joint Debtor
(if any)

Statement of Affairs - Page 8

**B22C (Official Form 22C) (Chapter 13) (01/08)**

In re   BAKER_ MICHAEL & LELA
Debtor(s)

Case number: _____
(If known)

According to the calculations required by this statement:

☐ **The applicable commitment period is 3 years.**
☒ **The applicable commitment period is 5 years.**
☒ **Disposable income is determined under § 1325(b)(3).**
☐ **Disposable income is not determined under § 1325(b)(3).**
(Check the boxes as directed in Lines 17 and 23 of this statement.)

# CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME
# AND CALCULATION OF COMMITMENT PERIOD AND DISPOSABLE INCOME

In addition to Schedules I and J, this statement must be completed by every individual Chapter 13 debtor, whether or not filing jointly.
Joint debtors may complete one statement only.

| Part I. REPORT OF INCOME | | |
|---|---|---|
| **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed. a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.** b. ☒ Married. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for lines 2-10.** | | |
| All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six month total by six, and enter the result on the appropriate line. | **Column A Debtor's Income** | **Column B Spouse's Income** |
| **Gross wages, salary, tips, bonuses, overtime, commissions.** | $0.00 | $350.00 |

**3. Income from the operation of a business, profession, or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 3. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part IV.**

| a. | Gross receipts | $14,999.99 | | |
|---|---|---|---|---|
| b. | Ordinary and necessary business expenses | $0.00 | | |
| c. | Business income | Subtract Line b from Line a | $14,999.99 | $0.00 |

**4. Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part IV.**

| a. | Gross receipts | $0.00 | | |
|---|---|---|---|---|
| b. | Ordinary and necessary operating expenses | $0.00 | | |
| c. | Rent and other real property income | Subtract Line b from Line a | $0.00 | $0.00 |

| 5 | **Interest, dividends, and royalties.** | $0.00 | $0.00 |
|---|---|---|---|
| 6 | **Pension and retirement income.** | $0.00 | $0.00 |
| 7 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by the debtor's spouse. | $0.00 | $0.00 |

**8. Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 8. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:

| Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $0.00 | Spouse $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|

B22C (Official Form 22C) (Chapter 13) (01/08)   - Cont.                                                                    2

| 9 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. Total and enter on Line 9. **Do not include alimony or separate maintenance payments paid by your spouse, but include all other payments of alimony or separate maintenance.** **Do not include** any benefits received under the Social Security Act or payments received as a victim of a against humanity, or as a victim of international or domestic terrorism. | | |
|---|---|---|---|
| | a. | 0 | |
| | b. | 0 | |
| | | $0.00 | $0.00 |
| 10 | **Subtotal.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $14,999.99 | $350.00 |
| 11 | **Total.** If column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | | $15,349.99 |

| | **Part II. CALCULATION OF § 1325(b)(4) COMMITMENT PERIOD** | |
|---|---|---|
| 12 | **Enter the amount from Line 11.** | $15,349.99 |
| 13 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, AND if you contend that calculation of the commitment period under § 1325(b)(4) does not require inclusion of the income of your spouse, enter on Line 13 the amount of the income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of you or your dependents and specify, in the lines below, the basis for excluding this income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero.<br><br>a. $0.00<br>b. $0.00<br>c. $0.00 | $0.00 |
| 14 | **Subtract Line 13 from Line 12 and enter the result.** | $15,349.99 |
| 15 | **Annualized current monthly income for § 1325(b)(4).** Multiply the amount from Line 14 by the number 12 and enter the result. | $184,199.88 |
| 16 | **Applicable median family income.** Enter the median family income for applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)<br>a. Enter debtor's state of residence: __MISSOURI__ b. Enter debtor's household size: ____2____ | $51,385.00 |
| 17 | **Application of § 1325(b)(4).** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 15 is less than the amount on Line 16.** Check the box for "The applicable commitment period is 3 years" at the top of page 1 of this statement and continue with this statement.<br><br>☒ **The amount on Line 15 is not less than the amount on Line 16.** Check the box for "The applicable commitment period is 5 years" at the top of page 1 of this statement and continue with this statement. | |

| | **Part III. APPLICATION OF § 1325(b)(3) FOR DETERMINING DISPOSABLE INCOME** | |
|---|---|---|
| 18 | **Enter the amount from Line 11.** | $15,349.99 |
| 19 | **Marital adjustment.** If you are married, but are not filing jointly with your spouse, enter on Line 19 the total of any income listed in Line 10, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If the conditions for entering this adjustment do not apply, enter zero.<br><br>a. $0.00<br>b. $0.00<br>c. $0.00 | $0.00 |
| 20 | **Current monthly income for § 1325(b)(3).** Subtract Line 19 from Line 18 and enter the result. | $15,349.99 |

B22C (Official Form 22C) (Chapter 13) (01/08)    - Cont.                                                                        **3**

| 21 | **Annualized current monthly income for § 1325(b)(3).**    Multiply the amount from Line 20 by the number 12 and enter the result. | $184,199.88 |
|----|----|----|
| 22 | **Applicable median family income.**    Enter the amount from Line 16. | $51,385.00 |
| 23 | **Application of § 1325(b)(3).**    Check the applicable box and proceed as directed.<br><br>☒ **The amount on Line 21 is more than the amount on Line 22.**    Check the box for "Disposable income is determined under § 1325(b)(3)" at the top of page 1 of this statement and complete the remaining parts of this statement.<br><br>☐ **The amount on Line 21 is not more than the amount on Line 22.**    Check the box for "Disposable income is not determined under § 1325(b)(3)" at the top of page 1 of this statement and complete Part VII of this statement.    **Do not complete Parts IV, V, or VI.** | |

<table>
<tr><td colspan="3" align="center"><b>Part IV. CALCULATION OF DEDUCTIONS ALLOWED FROM INCOME</b></td></tr>
<tr><td colspan="3" align="center"><b>Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)</b></td></tr>
</table>

| 24A | **National Standards: food, apparel and services, housekeeping supplies, personal care, and miscellaneous.** Enter in Line 24A the "Total" amount from IRS National Standards for Allowable Living Expenses for the applicable household size. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) | $985.00 |
|----|----|----|

| 24B | **National Standards: health care.**    Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 16b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 24B. | $120.00 |
|----|----|----|

| Household members under 65 years of age | | Household members 65 years of age or older | |
|----|----|----|----|
| a1. Allowance per member | $60.00 | a2. Allowance per member | $144.00 |
| b1. Number of members | 2 | b2. Number of members | 0 |
| c1. Subtotal | $120.00 | c2. Subtotal | $0.00 |

| 25A | **Local Standards: housing and utilities; non-mortgage expenses.**    Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court). | $418.00 |
|----|----|----|

| 25B | **Local Standards: housing and utilities; mortgage/rent expense.**    Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and household size (this information is available at   www.usdoj.gov/ust/   or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 47; subtract Line b from Line a and enter the result in Line 25B.    **Do not enter an amount less than zero.** | $743.00 |
|----|----|----|

| a. | IRS Housing and Utilities Standards; mortgage/rent Expense | $743.00 |
|----|----|----|
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 47 | $0.00 |
| c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| 26 | **Local Standards: housing and utilities; adjustment.**    If you contend that the process set out in Lines 25A and 25B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $0.00 |
|----|----|----|

| 27A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 7. ☐ 0 ☐ 1 ☒ 2 or more. <br><br>If you checked 0, enter on Line 27A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 27A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy | $420.00 |
|---|---|---|
| 27B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 27B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $0.00 |

| 28 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.) ☐ 1 ☒ 2 or more. <br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 47; subtract Line b from Line a Line 28. **Do not enter an amount less than zero.** | $496.00 |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $496.00 |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 47 | $0.00 |
| c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| 29 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 28. <br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 47; subtract Line b from Line a Line 29. **Do not enter an amount less than zero.** | $496.00 |
|---|---|---|

| a. | IRS Transportation Standards, Ownership Costs | $496.00 |
|---|---|---|
| b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 47 | $0.00 |
| c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| 30 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $0.00 |
|---|---|---|
| 31 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly deductions that are required for your employment, such as mandatory retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $0.00 |
| 32 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life, or for any other form of insurance.** | $0.00 |
| 33 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 49.** | $250.00 |
| 34 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $0.00 |
| 35 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare -- such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $0.00 |

B22C (Official Form 22C) (Chapter 13) (01/08)   - Cont.                                                                          **5**

| 36 | **Other Necessary Expenses: health care.**     Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 24B. **Do not include payments for health insurance listed or health savings accounts listed in Line 39.** | $380.00 |
|---|---|---|
| 37 | **Other Necessary Expenses: telecommunication services.**     Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service—such as pagers, call waiting, caller id, special long distance, or internet service—to the extent necessary for your health that of your dependents.  **Do not include any amount previously deducted.** | $40.00 |
| 38 | **Total Expenses Allowed under IRS Standards.**     Enter the total of Lines 24 through 37. | $4,348.00 |

| **Subpart B: Additional Living Expense Deductions** |
|---|
| **Note: Do not include any expenses that you have listed in Lines 24-37** |

| 39 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.**     List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. | |
|---|---|---|
| | a. Health Insurance — $0.00 | |
| | b. Disability Insurance — $0.00 | |
| | c. Health Savings Account — $0.00 | |
| | Total and enter on Line 39 | $0.00 |
| | **If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:  $0.00 | |
| 40 | **Continued contributions to the care of household or family members.**     Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.   **Do not include payments listed in Line 34.** | $0.00 |
| 41 | **Protection against family violence.**     Enter the total average reasonably necessary monthly expenses that you actually incur to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $0.00 |
| 42 | **Home energy costs.**     Enter the average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and** | $0.00 |
| 43 | **Education expenses for dependent children under 18.**     Enter the total average monthly expenses that you actually incur, not to exceed $137.50 per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age.   **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $0.00 |
| 44 | **Additional food and clothing expense.**     Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at   www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)   **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $0.00 |
| 45 | **Charitable contributions.**     Enter the amount reasonably necessary for you to expend each  month on charitable contributions in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2).   **Do not include any amount in excess of 15% of your gross monthly income.** | $0.00 |
| 46 | **Total Additional Expense Deductions under § 707(b).**     Enter the total of Lines 39 through 45. | $0.00 |

| **Subpart C: Deductions for Debt Payment** |
|---|

B22C (Official Form 22C) (Chapter 13) (01/08) - Cont.                                                      6

**Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly

**47**

|   | Name of Creditor | Property Securing the Debt | Average Payment | Does payment include taxes or insurance? | |
|---|---|---|---|---|---|
| a. | Business Expenses | | $19,022.83 | ☐ Yes | ☐ No |
| b. | | | $0.00 | ☐ Yes | ☐ No |
| c. | | | $0.00 | ☐ Yes | ☐ No |
| d. | | | $0.00 | ☐ Yes | ☐ No |
| e. | | | $0.00 | ☐ Yes | ☐ No |
| | | | Total: Add Lines a - e | | |

$19,022.83

**Other payments on secured claims.** If any of the debts listed in Line 47 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 47, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure.

List and total any such amounts in the following chart. If necessary, list additional entries on a separate page.

**48**

|   | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|
| a. | | | $0.00 |
| b. | | | $0.00 |
| c. | | | $0.00 |
| d. | | | $0.00 |
| e. | | | $0.00 |
| | | | Total: Add Lines a - e |

$0.00

**49** | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 33.** | $252.83

**50** | **Chapter 13 administrative expenses.** Multiply the amount in Line a by the amount in Line b, and enter the resulting administrative expense. | |

| a. | Projected average monthly Chapter 13 plan payment. | $420.00 |
|---|---|---|
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x 0.057 |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

$23.940

**51** | **Total Deductions for Debt Payment.** Enter the total of Lines 47 through 50. | $19,299.60

| **Subpart D: Total Deductions from Income** |
|---|

**52** | **Total of all deductions from income.** Enter the total of Lines 38, 46, and 51. | $23,647.60

| **Part V. DETERMINATION OF DISPOSABLE INCOME UNDER § 1325(b)(2)** |
|---|

**53** | **Total current monthly income.** Enter the amount from Line 20. | $15,349.99

**54** | **Support income.** Enter the monthly average of any child support payments, foster care payments, or disability payments for a dependent child, reported in Part I, that you received in accordance with applicable nonbankruptcy law, to the extent reasonably necessary to be expended for such child. | $0.00

**55** | **Qualified retirement deductions.** Enter the monthly total of (a) all amounts withheld by your employer from wages as contributions for qualified retirement plans, as specified in § 541(b)(7) and (b) all required repayments of loans from retirement plans, as specified in § 362(b)(19). | $0.00

**56** | **Total of all deductions allowed under § 707(b)(2).** Enter the amount from Line 52. | $23,647.60

**B22C (Official Form 22C) (Chapter 13) (01/08)** - Cont. 7

| 57 | **Deduction for special circumstances.** If there are special circumstances that justify additional expenses for which there is no reasonable alternative, describe the special circumstances and the resulting expenses in lines a-c below. If necessary, list additional entries on a separate page. Total the expenses and enter the total in Line 57. **You must provide your case trustee with documentation of these expenses and you must provide a detailed explanation of the special circumstances that make such expenses necessary and** | | |
|---|---|---|---|

| | Nature of special circumstances | Amount of expense |
|---|---|---|
| a. | | $0.00 |
| b. | | $0.00 |
| c. | | $0.00 |
| | | Total: Add Lines a, b, and c |

$0.00

| 58 | **Total adjustments to determine disposable income.** Add the amounts on Lines 54, 55, 56, and 57 and enter the result. | $23,647.60 |
|---|---|---|

| 59 | **Monthly Disposable Income Under § 1325(b)(2).** Subtract Line 58 from Line 53 and enter the result. | ($8,297.61) |
|---|---|---|

## Part VI: ADDITIONAL EXPENSE CLAIMS

| 60 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses. |
|---|---|

| Expense Description | Monthly Amount |
|---|---|
| a. | $0.00 |
| b. | $0.00 |
| c. | $0.00 |
| Total: Add Lines a, b, and c | $0.00 |

## Part VII: VERIFICATION

| 61 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: 11/27/2009    Signature: */s/ Michael W. Baker*<br>(Debtor)<br><br>Date: 11/27/2009    Signature: */s/ Lela A. Baker*<br>(Joint Debtor, if any) |
|---|---|

**B22C (Official Form 22C) (Chapter 13) (01/08)**      **- Cont.**                                                                8

In re   BAKER_ MICHAEL & LELA
                    Debtor(s)

## DISPOSABLE INCOME CALCULATION - SUPPLEMENTAL PAGE

Mrs. Baker has not worked since October 2009 due to illness.

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re  *Michael W. Baker*
*dba Jake's Smoke House Bar & Grill*
*dba Murphy's Bar & Grill*
  *and*
*Lela A. Baker*
*fka Lela A. Pattison*
*fka Lela A. Donnelly*
*dba Jake's Smoke House Bar and Grill*
*dba Murphy's Bar and Grill*

Case No.
Chapter *13*

_____ / Debtor

Attorney for Debtor:   *Jennifer E. Packard*

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ *3,000.00*
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $ *1,500.00*
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $ *1,500.00*

3. $ *274.00* of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and
   *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and
   *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:
   *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:
   *None*

Dated:  *3/15/2010*                    Respectfully submitted,


X */s/ Jennifer E. Packard*
Attorney for Petitioner:*Jennifer E. Packard*
*Wagoner Maxcy Westbrook, PC*
*3100 Broadway, Suite 1420*
*Kansas City MO  64111*


*816-756-1144*

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re *Michael W. Baker*
  *dba Jake's Smoke House Bar & Grill*
  *dba Murphy's Bar & Grill*
  *and*
  *Lela A. Baker*
  *fka Lela A. Pattison*
  *fka Lela A. Donnelly*
  *dba Jake's Smoke House Bar and Grill*
  *dba Murphy's Bar and Grill*

Case No.
Chapter *13*

/ Debtor

Attorney for Debtor:  *Jennifer E. Packard*

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:  *3/15/2010*

*/s/ Michael W. Baker*
Debtor

*/s/ Lela A. Baker*
Joint Debtor

Accounts Management Svcs
515 N  College Ave  #A
Columbia  MO  65201

Alliance Radiology  PA
PO Box 809012
Kansas City  MO  64180-9012

Allied Interstate
3000 Corporate Exchange Drive
Columbus  OH  43231

American Society of Composers
2675 Paces Ferry Rd   SE
#350
Atlanta  GA  30339

Anderson Physical Medicine
11081 Antioch
Overland Park  KS  66210

Asset Acceptance Corporation
PO Box 2036
Warren  MI  48090

AT&T Advertising  L P
c/o Robert A  Kumin P C
5800 Foxridge Dr  Suite 306
Mission  KS  66202

Bank of America
4060 Ogletown Stanton Rd
Newark  DE  19713

Baptist Lutheran Medical Cente
PO Box 930482
Kansas City  MO  64193

Boyce & Bynum Pathology Labs
PO Box 973
Columbia  MO  65205

Cach LLC Assignee
c/o Wally Joseph Pankowsi
705 Olive St  Suite 1100
Saint Louis  MO  63101

Carondelet Orthopaedic Surgeon
1010 Carondelet Dr  Suite 426
Kansas City  MO  64114-4820

```
Central States Recovery
1314 N  Main St
Hutchinson  KS  67501

City of Kansas CIty
P O  Box 219268
Kansas City  MO  64121-9268

City of Kansas CIty
PO Box 219268
Kansas City  MO  64121-9268

Credit One Bank
PO Box 60500
City of Industry  CA  91716

Credit Protection
PO Box 802068
Dallas  TX  75380--

Credit World Svcs
6000 Martway St
Mission  KS  66202

Deffenbaugh Industries
PO Box 3220
Shawnee  KS  66203

Deluxe Business Forms
PO Box 742572
Cincinnati  OH  45274-2572

Discover Bank
c/o Kurt Michael Lewis
4600 Madison  Suite 801
Kansas City  MO  64112

Discover Financial Service
PO Box 30395
Salt Lake City  UT  84130-0395

Division of Employment Securit
PO Box 59
Jefferson City  MO   65104-0059

EBI - Patient pays
Lockbox #8506
PO BOX 8500
Philadelphia  PA  19178-8506
```

```
Ecolab
PO Box 70343
Chicago  IL  343

First Equity Card
PO Box 23029
Columbus  GA  31902-3007

Fleet Credit Protector
PO Box 961
Horsham  PA  19044

Gastrointestinal AssociTES
po box 419380
Kansas City  MO  64141-6380

General Account Service Inc
2024 Swift
Kansas City  MO  64116

General Account Service  Inc
2024 Swift
PO Box 12400
Kansas City  MO  64116

General Parts  Inc
PO Box 18075
Saint Paul  MN  55118

Gregory McGee Co LLC
c/o Mark Russell Nasteff
1220 Washington 3rd Floor
Kansas City  MO  64105

Haase and Long
303 West Eleventh St
PO Box 725
Lawrence  KS  66044

Health Care Associates
C/O Kansas Counselors
8725 Rosehill Rd  Suite 415
Lenexa  KS  66215

Health Care Associates ER Phys
c/o Kansas Counselors
8725 Rosehill Rd  Suite 415
Lenexa  KS  66215

Howard  Westrope
900 W  84th St
Kansas City  MO  64114
```

```
Infinity Value Added
PO Box 1120
Barbourville  KY   40906

Internal Revenue Service
Collection Div Stop 530
PO Box 66778
Saint Louis  MO   63166

Jackson County Collector
PO Box 219747
Kansas City  MO   64121-9747

Kansas City Internal Medicine
6420 Prospect Ave
Ste T101
Kansas City  MO   64132

Kansas City Star
1726 Grand
Kansas City  MO   64108

Kansas Counselors
PO Box 17485
Lenexa  KS   66285

Kansas Counselors
8725 Rosehill Rd  Suite 415
Lenexa  KS   66215

KCMO Water Service
PO Box 219268
Kansas City  MO   64121

KCP&L
PO Box 219330
Kansas City  MO   64121

KCP&L
PO Box 219703
Kansas City  MO   64121-9703

Laboratory Corp of America
2269 S Saw Mill River Rd
Bldg 3
Elmsford  NY   10523

Lathrop & Gage
10851 Mastin Blvd
Bldg 82  Suite 1000
Overland Park  KS   66210
```

Lathrop & Gage LLP
10851 Mastin Blvd   Suite 1000
Overland Park  KS  66210

Law Offices of Mitchell N  Kay
PO BOX 9006
Smithtown  NY  11787-9006

Law offices of Mitchell N  Kay
Po box 9006
Smithtown  NY  11787

LVNV Funding LLC
PO Box 10584
Greenville  SC  29603

Metropolitan Ambulance Service
PO Box 873227
Kansas City  MO  64187

Midland Credit Management
PO Box 939019
San Diego  CA  92193-9019

Midwest Radiology
PO Box 16900
Kansas City  MO  641133-100

Midwest Radiology
PO Box 802813
Kansas City  MO  64180

Missouri Department of Revenue
PO Box 475
Jefferson City  MO  65130-0475

Missouri Gas & Energy
PO Box 219255
Kansas City  MO  64121-9255

Missouri Gas & Energy
P O  Box 219255
Kansas City  MO  64121-9255

NCO Financial Systems
2550 E  Stone Dr  Suite 250
Kingsport  TN  37660

NCO Financial Systems
605 W  Edison Rd  Suite K
Mishawaka  IN  46545

NCO Financial Systems Inc
1930 W  Bennett Suite 100
Springfield  MO  65807

NCO Financial Systems  Inc
1804 Washington Blvd
Dept 600
Baltimore  MD  21230

North American Savings Bank
12520 S  71 Highway
Grandview  MO  64030

North American Savings Bank
PO Box 219530
Kansas City  MO  64120

NPG Newspapers
825 Edmond
Saint Joseph  MO  64501

NSA Juice Plus ARO CC
c/o Universal Collection Syst
PO Box 751090
Memphis  TN  38175

Oxford Collection Agency
135 Maxess Rd
Melville  NY  11747

Pinnacle Financial Group
7825 Washington Ave South
Suite 410
Minneapolis  MN  55439

Professional Services KU
P O  Box 411202
Kansas City  MO  64141

Rauch-Milliken - International
P O  Box 8390
Metairie  LA  70011-8390

Regional Imaging
8000 College Blvd
Overland Park  KS  66210

Research Medical Center
Payment Processing Center
PO Box 740760
Cincinnati  OH  45274

Ruth Baker
6425 Bluejacket
Shawnee  KS  66203

Shapiro & Mock  LLP
6310 Lamar  Suite 240
Overland Park  KS  66202

St  Joseph Emergency
PO Box 2747
Mission  KS  66201

St  Joseph Emergency Physician
PO BOX 2747
Mission  KS  66201

St  Joseph Medical
1000 Carondelet Drive
Kansas City  MO  64114

St  Joseph Medical Center
1000 Carondelet Dr
Kansas City  MO  64114

Summit Collection Services Inc
PO Box 306
Ho Ho Kus  NJ  07423

Sun Publications
7373 W 107th St
Overland Park  KS  66212

Surewest
P O  Box 414500
Kansas City  MO  64141

The Surgical Group of KC
373 W 101st St Terr
Suite 210
Kansas City  MO  64114

Thomas Lillis
11212 Madison Ave
Kansas City  MO  64114

Time Warner Cable
PO Box 9037
Addison  TX  75001-9037

Tucker Food Prodcuts
P O  Box 16072
Saint Louis  MO  63105-0772

Underwood Law Firm
515 Olive St
Ste 800
Saint Louis  MO  63101

Underwood Law Firm
515 Olive St   Suite 800
Saint Louis  MO  63101

United Imaging
5800 Foxridge Drive #240
Mission  KS  66202

University of Kansas Hospital
PO Box 2941
Mission  KS  66201

University of Kansas Physician
PO BOX 410389
Kansas City  MO  64141-1851

University of Kansas Physician
PO BOX 410389
  410389

Valencia Endodontic
444 W 47th Street  #210
Kansas City  MO  64112-1609

Verizon Wireless
PO Box 25505
Lehigh Valley  PA  18002-5084

Womens Clinic of JOCO
c/o Kansas Counselors
8725 Rosehill Rd  Suite 415
Lenexa  KS  66215